1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

MIKEEL AZEEM,

11

Plaintiff,

12

v.

13

MARK STRONG,

14

Defendant.

CASE NO. C16-5553 RBL-DWC

REPORT AND RECOMMENDATION

Noting Date: September 9, 2016

15
16

The District Court has referred this action, filed under 42 U.S.C. § 1983, to United States

17 Magistrate Judge David W. Christel. Presently pending before the Court is Plaintiff Mikeel

18 Azeem's Motion for Leave to Proceed *In Forma Pauperis* ("Motion"). Dkt. 2.

19

The right to proceed *in forma pauperis* ("IFP") is not absolute. *O'Loughlin v. Doe*, 920

20 F.2d 614, 616 (9th Cir. 1990). Proceeding IFP is a matter within the sound discretion of the trial

21 court in civil actions. *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963). Plaintiff submitted

22 his prison trust account statement showing a spendable balance of $800. Dkt. 2, p. 2. On June 29,

23 2016, the Court ordered Plaintiff to show cause why his Motion should not be denied or, in the

24 alternative, pay the $400.00 filing fee by July 29, 2016. Dkt. 4.

1           Plaintiff has not filed a response to the Order to Show Cause and has not paid the filing

2    fee. Because Plaintiff appears capable of paying the filing fee and has not shown cause why he

3    cannot afford the $400.00 filing fee, the Court recommends Plaintiff's Motion be denied.

4           Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

5    fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.

6    6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *See*

7    28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the

8    clerk is directed to set the matter for consideration on September 9, 2016, as noted in the caption.

9           Dated this 22nd day of August, 2016.

10

11                                                             David W. Christel

12                                                             United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24